# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFENY NANCE, on behalf of herself and the Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation<br><br>Defendants. | Case No. 2:23-cv-00477-TLN-JDP<br><br>Hon. Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION REGARDING *BELAIRE-WEST* NOTICE AND PRODUCTION OF PUTATIVE CLASS LIST**<br><br>Action Filed:   March 13, 2023<br>Trial Date:        None |

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Court hereby approves the Parties' stipulated opt-out procedure, *Belaire* Notice, and provisions regarding the return and destruction of the Potential Class List; and

2. The costs of administration of the Belaire Notice shall be paid by Plaintiff to the third party administrator.

**IT IS SO ORDERED.**

Dated: October 3, 2023

Troy L. Nunley
United States District Judge