Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Eugene Zinovyev (SBN 267245)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
ezinovyev@schneiderwallace.com

*Attorneys for Plaintiff*
TIFFENY NANCE

[*Additional Counsel Listed on Following Page*]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFENY NANCE, on behalf of herself and the Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation,<br><br>Defendants. | Case No. 2:23-cv-00477-TLN-JDP<br><br>[Assigned to the Honorable Troy L. Nunley]<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY FOR THIRTY DAYS**<br><br>Complaint Filed:   March 13, 2023<br>Trial Date:         None |

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

1

STIPULATION AND ORDER TO STAY DISCOVERY FOR THIRTY DAYS

1  Mara D. Curtis (SBN 268869)
   mcurtis@reedsmith.com
2  Rafael N. Tumanyan (SBN 295402)
   mcurtis@reedsmith.com
3  Tanner J. Hendershot (SBN 346841)
   thendershot@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
6  Facsimile: +1 213 457 8080

7  Attorneys for Defendants
   RYDER INTEGRATED LOGISTICS, INC.
8  and RYDER SYSTEM, INC.

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

2

STIPULATION AND ORDER TO STAY
DISCOVERY FOR THIRTY DAYS

Plaintiff Tiffeny Nance ("Plaintiff") and Defendants Ryder Integrated Logistics, Inc. and Ryder System, Inc. (collectively, "Ryder") (together the "Parties"), by and through their undersigned counsel, hereby enter into the below stipulation with reference to the following facts:

WHEREAS, on March 13, 2023, Plaintiff filed her class-action complaint for damages against Ryder in the United States District Court for the Eastern District of California, captioned *Tiffeny Nance v. Ryder Integrated Logistics, Inc. et al.*, Case No. 2:23-cv-00477 (Plaintiff's "Class Action");

WHEREAS, as relevant here, there are currently two related cases pending against Ryder in the United States District Court for the Northern District of California: *Perkins v. Hadco Santa Fe Springs CA dba Ryder Integrated Logistics, Inc.*, Case No. 3:23-cv-00502-WHO & 3:23-cv-01694-WHO ("*Perkins*") and *Jose Johnson, et al. v. Ryder Transp. Solutions, LLC*, Case No. 4:22-cv- 07456-JST ("*Johnson*");

WHEREAS, on October 24, 2023, Ryder and the parties in the *Perkins* and *Johnson* actions participated in a successful mediation and agreed to a settlement in principle that, by definition, Ryder states encompasses the putative class and claims alleged in Plaintiff's Class Action;

WHEREAS, the Parties previously stipulated to extend the Phase I Discovery Cutoff deadline by sixty days to March 12, 2024; and

WHEREAS, on January 3, 2024, the Parties stipulated to stay discovery in this case by thirty days in exchange for Ryder providing the executed Settlement Agreement to counsel in this case when it is fully executed, to give the Parties time to meet and confer regarding the impact of the *Perkins/Johnson* settlement on this case.

WHEREAS, in response to the Parties' stipulation, on January 3, 2024, the Court signed an order staying discovery for thirty days;

WHEREAS, the *Perkins/Johnson* settlement is still undergoing revision but is near completion;

WHEREAS, the Parties seek to stay discovery for another thirty days so that Ryder can provide a copy of the executed Settlement Agreement to counsel when finalized, and so that the Parties can accomplish their original objective of conferring regarding the impact of that settlement on this case;

WHEREAS, Plaintiff seeks a commensurate sixty day extension of her deadline to file a motion for class certification, and the Parties have agreed to this.

IT IS HEREBY JOINTLY STIPULATED AND AGREED, by and between the Parties through their respective counsel of record that:

1. The Parties agree that this Court enter an Order to stay all current and pending discovery in this case for thirty days.

2. The Parties agree that this Court enter an Order extending Plaintiff's deadline to file a motion for class certification by sixty days.

**IT IS SO STIPULATED.**

Dated: January 31, 2024              SCHNEIDER WALLACE
                                     COTTRELL KONECKY LLP

                                     By:  /s/ Eugene Zinovyev
                                          Carolyn H. Cottrell
                                          Ori Edelstein
                                          Eugene Zinovyev
                                          *Attorneys for Plaintiff*
                                          TIFFENY NANCE

Dated: January 31, 2024              REED SMITH LLP

                                     By:  /s/ Rafael N. Tumanyan
                                          Mara D. Curtis
                                          Rafael N. Tumanyan
                                          Tanner J. Hendershot
                                          *Attorneys for Defendants*
                                          RYDER INTEGRATED LOGISTICS, INC.
                                          and RYDER SYSTEM, INC.

# ORDER

Pursuant to the above Stipulation, and good cause appearing, **IT IS SO ORDERED** as follows:

1. All current and pending discovery in this case is stayed for thirty days.
2. Plaintiff's deadline to file a motion for class certification is extended by sixty days.

Dated: January 31, 2024

_____
Troy L. Nunley
United States District Judge

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

5

STIPULATION AND ORDER TO STAY
DISCOVERY FOR THIRTY DAYS