Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Eugene Zinovyev (SBN 267245)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
ezinovyev@schneiderwallace.com

*Attorneys for Plaintiff*
TIFFENY NANCE

[*Additional Counsel Listed on Following Page*]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFENY NANCE, on behalf of herself and the Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation,<br><br>Defendants. | Case No. 2:23-cv-00477-TLN-JDP<br><br>[Assigned to the Honorable Troy L. Nunley]<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY FOR THIRTY DAYS**<br><br>Complaint Filed:   March 13, 2023<br>Trial Date:             None |

Mara D. Curtis (SBN 268869)
mcurtis@reedsmith.com
Rafael N. Tumanyan (SBN 295402)
mcurtis@reedsmith.com
Tanner J. Hendershot (SBN 346841)
thendershot@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
RYDER INTEGRATED LOGISTICS, INC.
and RYDER SYSTEM, INC.

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

2

STIPULATION AND [PROPOSED] ORDER TO
STAY DISCOVERY FOR THIRTY DAYS

Plaintiff Tiffeny Nance ("Plaintiff") and Defendants Ryder Integrated Logistics, Inc. and Ryder System, Inc. (collectively, "Ryder") (together the "Parties"), by and through their undersigned counsel, hereby enter into the below stipulation with reference to the following facts:

WHEREAS, on March 13, 2023, Plaintiff filed her class-action complaint for damages against Ryder in the United States District Court for the Eastern District of California, captioned *Tiffeny Nance v. Ryder Integrated Logistics, Inc. et al.*, Case No. 2:23-cv-00477 (Plaintiff's "Class Action");

WHEREAS, as relevant here, there are currently two related cases pending against Ryder in the United States District Court for the Northern District of California: *Perkins v. Hadco Santa Fe Springs CA dba Ryder Integrated Logistics, Inc.*, Case No. 3:23-cv-00502-WHO & 3:23-cv-01694-WHO ("*Perkins*") and *Jose Johnson, et al. v. Ryder Transp. Solutions, LLC*, Case No. 4:22-cv- 07456-JST ("*Johnson*");

WHEREAS, on October 24, 2023, Ryder and the parties in the *Perkins* and *Johnson* actions participated in a successful mediation and agreed to a settlement in principle that, by definition, Ryder states encompasses the putative class and claims alleged in Plaintiff's Class Action;

WHEREAS, the Parties previously stipulated to extend the Phase I Discovery Cutoff deadline by sixty days to March 12, 2024; and

WHEREAS, on January 3, 2024, the Parties stipulated to stay discovery in this case by thirty days in exchange for Ryder providing the executed Settlement Agreement to counsel in this case when it is fully executed, to give the Parties time to meet and confer regarding the impact of the *Perkins/Johnson* settlement on this case.

WHEREAS, in response to the Parties' stipulation, on January 3, 2024, the Court signed an order staying discovery for thirty days;

WHEREAS, on February 1, 2024, the Parties stipulated to stay discovery for another thirty days and to extend Plaintiff's deadline to file a motion for class certification by sixty days, as the Perkins/Johnson settlement had not been fully drafted;

WHEREAS, in response to the Parties' stipulation, on February 1, 2024, the Court signed an order staying discovery for thirty days and extending the deadline for Plaintiff to file a motion for class certification by thirty days, making the current deadline for Plaintiff to file her motion September 6, 2024;

WHEREAS, the *Perkins/Johnson* settlement is still undergoing revision but is near completion;

WHEREAS, the Parties seek to stay discovery for another thirty days so that Ryder can provide a copy of the executed Settlement Agreement to counsel when finalized, and so that the Parties can accomplish their original objective of conferring regarding the impact of that settlement on this case;

WHEREAS, Plaintiff seeks a commensurate thirty day extension of her deadline to file a motion for class certification, and the Parties have agreed to this.

IT IS HEREBY JOINTLY STIPULATED AND AGREED, by and between the Parties through their respective counsel of record that:

1. The Parties agree that this Court enter an Order to stay all current and pending discovery in this case for thirty days.

2. The Parties agree that this Court enter an Order extending Plaintiff's deadline to file a motion for class certification by thirty days, to October 7, 2024.

**IT IS SO STIPULATED.**

Dated: February 29, 2024

**SCHNEIDER WALLACE  
COTTRELL KONECKY LLP**

By: */s/ Eugene Zinovyev*  
Carolyn H. Cottrell  
Ori Edelstein  
Eugene Zinovyev  
*Attorneys for Plaintiff*  
TIFFENY NANCE

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

4

STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY FOR THIRTY DAYS

1
2
3  Dated:    February 29, 2024             **REED SMITH LLP**
4
5                                    By:   */s/ Tanner J. Hendershot*
6                                          Mara D. Curtis
                                           Rafael N. Tumanyan
7                                          Tanner J. Hendershot
8                                          *Attorneys for Defendants*
                                           RYDER INTEGRATED LOGISTICS, INC.
9                                          and RYDER SYSTEM, INC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Pursuant to the above Stipulation, and good cause appearing, **IT IS SO ORDERED** as follows:

1. All current and pending discovery in this case is stayed for thirty days.

2. Plaintiff's deadline to file a motion for class certification is extended by thirty days, to October 7, 2024.

Dated: February 29, 2024

Troy L. Nunley
United States District Judge

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

6

STIPULATION AND ORDER TO STAY
DISCOVERY FOR THIRTY DAYS