Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Eugene Zinovyev (SBN 267245)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
ezinovyev@schneiderwallace.com

*Attorneys for Plaintiff*
TIFFENY NANCE

[*Additional Counsel Listed on Following Page*]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFENY NANCE, on behalf of herself and the Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation,<br><br>Defendants. | Case No. 2:23-cv-00477-TLN-JDP<br><br>[Assigned to the Honorable Troy L. Nunley]<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY FOR SIXTY DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY SIXTY DAYS**<br><br>Complaint Filed:  March 13, 2023<br>Trial Date:  None |

1  Mara D. Curtis (SBN 268869)
   mcurtis@reedsmith.com
2  Rafael N. Tumanyan (SBN 295402)
   mcurtis@reedsmith.com
3  Tanner J. Hendershot (SBN 346841)
   thendershot@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
6  Facsimile: +1 213 457 8080

7  Attorneys for Defendants
   RYDER INTEGRATED LOGISTICS, INC.
8  and RYDER SYSTEM, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Plaintiff Tiffeny Nance ("Plaintiff") and Defendants Ryder Integrated Logistics, Inc. and Ryder System, Inc. (collectively, "Ryder") (together the "Parties"), by and through their undersigned counsel, hereby enter into the below stipulation with reference to the following facts:

WHEREAS, on March 13, 2023, Plaintiff filed her class-action complaint for damages against Ryder in the United States District Court for the Eastern District of California, captioned *Tiffeny Nance v. Ryder Integrated Logistics, Inc. et al.*, Case No. 2:23-cv-00477 (Plaintiff's "Class Action");

WHEREAS, as relevant here, there are currently two related cases pending against Ryder in the United States District Court for the Northern District of California: *Perkins v. Hadco Santa Fe Springs CA dba Ryder Integrated Logistics, Inc.*, Case No. 3:23-cv-00502-WHO & 3:23-cv-01694-WHO ("*Perkins*") and *Jose Johnson, et al. v. Ryder Transp. Solutions, LLC*, Case No. 4:22-cv- 07456-JST ("*Johnson*");

WHEREAS, on October 24, 2023, Ryder and the parties in the *Perkins* and *Johnson* actions participated in a successful mediation and agreed to a settlement in principle that, by definition, Ryder states encompasses the putative class and claims alleged in Plaintiff's Class Action;

WHEREAS, the Parties previously stipulated to extend the Phase I Discovery Cutoff deadline by sixty days to March 12, 2024; and

WHEREAS, on January 3, 2024, the Parties stipulated to stay discovery in this case by thirty days in exchange for Ryder providing the executed Settlement Agreement to counsel in this case when it is fully executed, to give the Parties time to meet and confer regarding the impact of the *Perkins/Johnson* settlement on this case.

WHEREAS, in response to the Parties' stipulation, on January 3, 2024, the Court signed an order staying discovery for thirty days;

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

3

STIPULATION AND [PROPOSED] ORDER TO
STAY DISCOVERY FOR SIXTY DAYS AND
EXTEND PLAINTIFF'S CLASS
CERTIFICATION DEADLINE BY SIXTY DAYS

1    WHEREAS, on February 1, 2024, the Parties stipulated to stay discovery for
2    another thirty days and to extend Plaintiff's deadline to file a motion for class
3    certification by sixty days, as the *Perkins/Johnson* settlement had not been fully drafted;

4    WHEREAS, in response to the Parties' stipulation, on February 1, 2024, the
5    Court signed an order staying discovery for thirty days and extending the deadline for
6    Plaintiff to file a motion for class certification by thirty days, making the current
7    deadline for Plaintiff to file her motion September 6, 2024;

8    WHEREAS, on February 29, 2024, the Parties stipulated to stay discovery for
9    another thirty days and to extend Plaintiff's deadline to file a motion for class
10    certification to October 7, 2024, as the *Perkins/Johnson* settlement was still undergoing
11    revisions but near completion;

12    WHEREAS, in response to the Parties' stipulation, on February 29, 2024, the
13    Court signed an order staying discovery for thirty days and extending the deadline for
14    Plaintiff deadline to file a motion for class certification to October 7, 2024;

15    WHEREAS, later that day, the Parties to the *Perkins/Johnson* matter executed
16    settlement agreement, a copy of which was provided to Plaintiff's counsel;

17    WHEREAS, the plaintiffs' counsel in the *Perkins/Johnson* matter has
18    represented to Ryder that they intend to file their forthcoming Motion for Preliminary
19    Approval by April 5, 2024, for which a hearing will likely be scheduled in May or June
20    2024 before the Honorable William H. Orrick of the United States District Court for
21    the Northern District of California;

22    WHEREAS, the Parties agree that discovery in this case and all accompanying
23    deadlines should be stayed through the Court's hearing and subsequent ruling on the
24    plaintiffs' Motion for Preliminary Approval in the *Perkins/Johnson* matter to determine
25    its impact on this case;

26

27

28

WHEREAS, the Parties agree that discovery in this case should be stayed for an additional sixty days and Plaintiff should receive a commensurate sixty day extension of her deadline to file a motion for class certification;

IT IS HEREBY JOINTLY STIPULATED AND AGREED, by and between the Parties through their respective counsel of record that:

1.  The Parties agree that this Court enter an Order to stay all current and pending discovery in this case for sixty days.

2.  The Parties agree that this Court enter an Order extending Plaintiff's deadline to file a motion for class certification by sixty days, to December 30, 2024.

**IT IS SO STIPULATED.**

Dated:     April 2, 2024          SCHNEIDER WALLACE
                                  COTTRELL KONECKY LLP

                           By:    /s/ Eugene Zinovyev
                                  Carolyn H. Cottrell
                                  Ori Edelstein
                                  Eugene Zinovyev
                                  *Attorneys for Plaintiff*
                                  TIFFENY NANCE

Dated:     April 2, 2024          REED SMITH LLP

                           By:    /s/ Tanner J. Hendershot
                                  Mara D. Curtis
                                  Rafael N. Tumanyan
                                  Tanner J. Hendershot
                                  *Attorneys for Defendants*
                                  RYDER INTEGRATED LOGISTICS, INC.
                                  and RYDER SYSTEM, INC.

## <u>ORDER</u>

Pursuant to the above Stipulation, and good cause appearing, **IT IS SO ORDERED** as follows:

1.      All current and pending discovery in this case is stayed for sixty days.

2.      Plaintiff's deadline to file a motion for class certification is extended by sixty days to December 30, 2024.


Dated: April 2, 2024

_____
Troy L. Nunley
United States District Judge