Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

*Attorneys for Plaintiff*
TIFFENY NANCE

[*Additional Counsel Listed on Following Page*]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

TIFFENY NANCE, on behalf of herself and the Class Members,

Plaintiff,

vs.

RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation,

Defendants.

Case No. 2:23-cv-00477-TLN-JDP

[Assigned to the Honorable Troy L. Nunley]

**STIPULATION AND ORDER TO STAY DISCOVERY FOR SIXTY DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY SIXTY DAYS**

Complaint Filed: March 13, 2023
Trial Date: None

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.
1
STIPULATION AND ORDER TO STAY DISCOVERY FOR SIXTY DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY SIXTY DAYS

Mara D. Curtis (SBN 268869)
mcurtis@reedsmith.com
Rafael N. Tumanyan (SBN 295402)
mcurtis@reedsmith.com
Tanner J. Hendershot (SBN 346841)
thendershot@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
RYDER INTEGRATED LOGISTICS, INC.
and RYDER SYSTEM, INC.

Plaintiff Tiffeny Nance ("Plaintiff") and Defendants Ryder Integrated Logistics, Inc. and Ryder System, Inc. (collectively, "Ryder") (together the "Parties"), by and through their undersigned counsel, hereby enter into the below stipulation with reference to the following facts:

WHEREAS, on March 13, 2023, Plaintiff filed her class-action complaint for damages against Ryder in the United States District Court for the Eastern District of California, captioned *Tiffeny Nance v. Ryder Integrated Logistics, Inc. et al.*, Case No. 2:23-cv-00477 (Plaintiff's "Class Action");

WHEREAS, as relevant here, there are currently two related cases pending against Ryder in the United States District Court for the Northern District of California: *Perkins v. Hadco Santa Fe Springs CA dba Ryder Integrated Logistics, Inc.*, Case No. 3:23-cv-00502-WHO & 3:23-cv-01694-WHO ("*Perkins*") and *Jose Johnson, et al. v. Ryder Transp. Solutions, LLC*, Case No. 4:22-cv- 07456-JST ("*Johnson*");

WHEREAS, on October 24, 2023, Ryder and the parties in the *Perkins* and *Johnson* actions participated in a successful mediation and agreed to a settlement in principle that, by definition, Ryder states encompasses the putative class and claims alleged in Plaintiff's Class Action;

WHEREAS, the Parties previously stipulated to extend the Phase I Discovery Cutoff deadline by sixty days to March 12, 2024; and

WHEREAS, on January 3, 2024, the Parties stipulated to stay discovery in this case by thirty days in exchange for Ryder providing the executed Settlement Agreement to counsel in this case when it is fully executed, to give the Parties time to meet and confer regarding the impact of the *Perkins/Johnson* settlement on this case.

WHEREAS, in response to the Parties' stipulation, on January 3, 2024, the Court signed an order staying discovery for thirty days;

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

3

STIPULATION AND ORDER TO STAY DISCOVERY FOR SIXTY DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY SIXTY DAYS

WHEREAS, on February 1, 2024, the Parties stipulated to stay discovery for another thirty days and to extend Plaintiff's deadline to file a motion for class certification by sixty days, as the *Perkins/Johnson* settlement had not been fully drafted;

WHEREAS, in response to the Parties' stipulation, on February 1, 2024, the Court signed an order staying discovery for thirty days and extending the deadline for Plaintiff to file a motion for class certification by thirty days, making the current deadline for Plaintiff to file her motion September 6, 2024;

WHEREAS, on February 29, 2024, the Parties stipulated to stay discovery for another thirty days and to extend Plaintiff's deadline to file a motion for class certification to October 7, 2024, as the *Perkins/Johnson* settlement was still undergoing revisions but near completion;

WHEREAS, in response to the Parties' stipulation, on February 29, 2024, the Court signed an order staying discovery for thirty days and extending the deadline for Plaintiff deadline to file a motion for class certification to October 7, 2024;

WHEREAS, later that day, the Parties to the *Perkins/Johnson* matter executed settlement agreement, a copy of which was provided to Plaintiff's counsel;

WHEREAS, on April 2, 2024, the Parties stipulated to stay discovery for another sixty days and to extend Plaintiff's deadline to file a motion for class certification to December 30, 2024, as the plaintiffs in the *Perkins/Johnson* matter represented to Defendants in this case that their Motion for Preliminary Approval would be forthcoming shortly;

WHEREAS, in response to the Parties' stipulation, on April 2, 2024, the Court signed an order staying discovery for sixty days and extending the deadline for Plaintiff to file a motion for class certification to December 30, 2024;

WHEREAS, the plaintiffs' counsel in the *Perkins/Johnson* matter filed their Motion for Preliminary Approval on April 17, 2024, for which a hearing was held on May 29, 2024, at 2:00 p.m. before the Honorable William H. Orrick of the United

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.
4
STIPULATION AND ORDER TO STAY DISCOVERY FOR SIXTY DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY SIXTY DAYS

States District Court for the Northern District of California and further briefing on certain issues was requested and the hearing date was continued to July 19, 2024;

WHEREAS, on May 17, 2024, this Court in a related case, *Tiffeny Nance v. Ryder Integrated Logistics, Inc., et al.*, Case No. 2:23-cv-02357-TLN-JDP, agreed to continue keep the pending motions to consolidate (ECF No. 33) and motion to remand (ECF No. 15) in abeyance pending the preliminary approval hearing and subsequent ruling in the *Perkins/Johnson* matter;

WHEREAS, the Parties continue to meet and confer about the impact of the *Perkins/Johnson* settlement on this case in order to determine whether settlement is feasible at this juncture;

WHEREAS, the Parties agree that discovery in this case and all accompanying deadlines should be stayed through the Court's anticipated ruling on the plaintiffs' Motion for Preliminary Approval in the *Perkins/Johnson* matter in late July to determine its impact on this case;

WHEREAS, the Parties agree that discovery in this case should be stayed for an additional sixty days, all discovery deadlines should be continued by an additional sixty days, and Plaintiff should receive a commensurate sixty day extension of her deadline to file a motion for class certification;

IT IS HEREBY JOINTLY STIPULATED AND AGREED, by and between the Parties through their respective counsel of record that:

1. The Parties agree that this Court enter an Order to continue to stay all current and pending discovery in this case for sixty days from June 2, 2024 until August 1, 2024;

2. The Parties agree that this Court enter an Order stating that all current and pending discovery deadlines be continued by sixty days; and

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

5

STIPULATION AND ORDER TO STAY DISCOVERY FOR SIXTY DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY SIXTY DAYS

3. The Parties agree that this Court enter an Order extending Plaintiff's deadline to file a motion for class certification by sixty days, from December 30, 2024 to February 28, 2025.

**IT IS SO STIPULATED.**

Dated: June 3, 2024

SCHNEIDER WALLACE COTTRELL KONECKY LLP

By: /s/ Carolyn H. Cottrell (as authorized on 6/3/24

Carolyn H. Cottrell
Ori Edelstein
*Attorneys for Plaintiff*
TIFFENY NANCE

Dated: June 3, 2024

REED SMITH LLP

By: /s/ Tanner J. Hendershot

Mara D. Curtis
Rafael N. Tumanyan
Tanner J. Hendershot
*Attorneys for Defendants*
RYDER INTEGRATED LOGISTICS, INC. and RYDER SYSTEM, INC.

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

6

STIPULATION AND ORDER TO STAY DISCOVERY FOR SIXTY DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY SIXTY DAYS

**ORDER**

Pursuant to the above Stipulation, and good cause appearing, **IT IS SO ORDERED** as follows:

1. All current and pending discovery in this case is stayed for sixty days from June 2, 2024 until August 1, 2024.

2. All current and pending discovery deadlines in this case are continued by sixty days.

3. Plaintiff's deadline to file a motion for class certification is extended by sixty days from December 30, 2024, to February 28, 2025.

Dated: June 3, 2024

Troy L. Nunley
United States District Judge

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.
7
STIPULATION AND ORDER TO STAY DISCOVERY FOR SIXTY DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY SIXTY DAYS

**SIGNATORY ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

Dated: June 3, 2024

/s/ Tanner J. Hendershot
Tanner J. Hendershot

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

8

STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY FOR SIXTY DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY SIXTY DAYS