Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Stuart H. Kluft (SBN 315081)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
skluft@schneiderwallace.com

*Attorneys for Plaintiff*
TIFFENY NANCE

[*Additional Counsel Listed on Following Page*]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFENY NANCE, on behalf of herself and the Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation,<br><br>Defendants. | Case No. 2:23-cv-00477-TLN-JDP<br><br>[Assigned to the Honorable Troy L. Nunley]<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY FOR 180 DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY 180 DAYS IN LIGHT OF PRELIMINARY APPROVAL ORDER IN PERKINS**<br><br>Complaint Filed:  March 13, 2023<br>Trial Date:  None |

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

STIPULATION AND ORDER TO STAY DISCOVERY FOR 180 DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY 180 DAYS

1  Mara D. Curtis (SBN 268869)
   mcurtis@reedsmith.com
2  Rafael N. Tumanyan (SBN 295402)
   mcurtis@reedsmith.com
3  Tanner J. Hendershot (SBN 346841)
   thendershot@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
6  Facsimile: +1 213 457 8080

7  Attorneys for Defendants
   RYDER INTEGRATED LOGISTICS, INC.
8  and RYDER SYSTEM, INC.

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

2

STIPULATION AND ORDER TO STAY DISCOVERY FOR 180 DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY 180 DAYS

Plaintiff Tiffeny Nance ("Plaintiff") and Defendants Ryder Integrated Logistics, Inc. and Ryder System, Inc. (collectively, "Ryder"), by and through their undersigned counsel, hereby enter into the below stipulation with reference to the following facts:

WHEREAS, on March 13, 2023, Plaintiff filed her class-action complaint for damages against Ryder in the United States District Court for the Eastern District of California, captioned *Tiffeny Nance v. Ryder Integrated Logistics, Inc. et al.*, Case No. 2:23-cv-00477 (hereafter, Plaintiff's "Class Action");

WHEREAS, there are currently two related cases pending against Ryder in the United States District Court for the Northern District of California: *Perkins v. Hadco Santa Fe Springs CA dba Ryder Integrated Logistics, Inc.*, Case No. 3:23-cv-00502-WHO & 3:23-cv-01694-WHO ("*Perkins*") and *Jose Johnson v. Ryder Transp. Solutions, LLC*, Case No. 4:22-cv-07456-JST ("*Johnson*"), which has been consolidated with the *Perkins* action (hereafter, "*Perkins* and *Johnson* actions");

WHEREAS, on October 24, 2023, Ryder and the plaintiffs in the *Perkins* and *Johnson* actions participated in a successful mediation and agreed to a settlement in principle that, by definition, Ryder states encompasses the putative class and claims alleged in Plaintiff's Class Action;

WHEREAS, given the settlement in the *Perkins* and *Johnson* actions, the Parties previously stipulated to extend the Phase I Discovery Cutoff deadline in this case several times with the current deadlines being: (1) August 1, 2024 – lift of discovery stay; (2) October 11, 2024 - deadline to complete class certification discovery; (3) December 10, 2024 – deadline to submit expert witness disclosures; and (4) February 28, 2025 - deadline for Plaintiff to file a motion for class certification;

WHEREAS, the plaintiffs' counsel in the *Perkins* and *Johnson* actions filed their Motion for Preliminary Approval on April 17, 2024, for which a hearing was held on May 29, 2024, at 2:00 p.m. before the Honorable William H. Orrick of the United States District Court for the Northern District of California. Following the hearing, the

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

3

STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY FOR 180 DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY 180 DAYS

Court issued an Order requesting further briefing on certain issues and continued the hearing date;

WHEREAS, on July 17, 2024 and July 24, 2024, the Parties to the *Perkins* and *Johnson* actions filed supplemental briefing in support of the plaintiffs' Motion for Preliminary Approval;

WHEREAS, on July 26, 2024, Judge Orrick, presiding judge over the *Perkins* and *Johnson* actions, issued its Order Granting Preliminary Approval. A true and correct copy of this Order is attached hereto as **Exhibit A.** The Parties' agree that this preliminarily certified class for settlement purposes only, as defined, fully covers the entirety of the putative class as defined in this case;

WHEREAS, in the Court's Order Granting Preliminary Approval, Judge Orrick scheduled a Final Fairness and Approval Hearing on December 11, 2024 at 2:00 p.m.;

WHEREAS, Paragraph 20 of the Court's Order states as follows: "[p]ending the Final Fairness and Approval Hearing, Plaintiffs, the Class Members, and the PAGA Employees are hereby enjoined from prosecuting the Class Released Claims and PAGA Released Claims against Defendants and/or the Released Parties.";

WHEREAS, the Parties agree that discovery and all accompanying deadlines must be stayed until at least December 11, 2024 given the injunction contained in the *Johnson/Perkins*' Court's Order;

IT IS HEREBY JOINTLY STIPULATED AND AGREED, by and between the Parties through their respective counsel of record that:

1. The Parties agree that this Court should continue to stay all current and pending discovery in this case for 180 days from August 1, 2024 until January 28, 2025;

2. The Parties agree that this Court should enter an Order stating that all current and pending discovery deadlines be continued by 180 days; and

3. The Parties agree that this Court should enter an Order extending Plaintiff's deadline to file a motion for class certification by 180 days, from February 28, 2025 to August 27, 2025.

**IT IS SO STIPULATED.**

Dated: July 31, 2024         SCHNEIDER WALLACE COTTRELL KONECKY LLP

By:  /s/ Stuart H. Kluft (as authorized on 7.30.24)
Carolyn H. Cottrell
Ori Edelstein
Stuart H. Kluft
*Attorneys for Plaintiff*
TIFFENY NANCE

Dated: July 31, 2024         REED SMITH LLP

By:  /s/ Tanner J. Hendershot
Mara D. Curtis
Rafael N. Tumanyan
Tanner J. Hendershot
*Attorneys for Defendants*
RYDER INTEGRATED LOGISTICS, INC.
and RYDER SYSTEM, INC.

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

5

STIPULATION AND ORDER TO STAY DISCOVERY FOR 180 DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY 180 DAYS

# **ORDER**

Pursuant to the above Stipulation, and good cause appearing, **IT IS SO ORDERED** as follows:

1. All current and pending discovery in this case is stayed for 180 days from August 1, 2024 until January 28, 2025.

2. All current and pending discovery deadlines in this case are continued by 180 days.

3. Plaintiff's deadline to file a motion for class certification is extended by 180 days from February 28, 2025 to August 27, 2025.

Dated: July 31, 2024

_____
Troy L. Nunley
United States District Judge

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

7

STIPULATION AND ORDER TO STAY DISCOVERY FOR 180 DAYS AND EXTEND PLAINTIFF'S CLASS CERTIFICATION DEADLINE BY 180 DAYS