Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Phillippe Marie Gaudard (SBN 331744)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
pgaudard@schneiderwallace.com

Attorneys for Plaintiff
TIFFENY NANCE

*[Additional Counsel Listed on Following Page]*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFENY NANCE, on behalf of herself and the Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation,<br><br>Defendants. | Case No. 2:23-CV-00477-TLN-JDP<br><br>**JOINT STIPULATION TO CONTINUE APRIL 15, 2025 COMPLIANCE DEADLINE [DKT. NO. 54] BY FORTY-FIVE DAYS; ORDER**<br><br>Complaint Filed:  March 13, 2023<br>Trial Date:        None |

CASE NO. 2:23-CV-00477-TLN-JDP
NANCE v. RYDER INTEGRATED
LOGISTICS, INC. ET AL.

JOINT STIPULATION TO
CONTINUE COMPLIANCE BY
FORTY-FIVE DAYS; ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Mara D. Curtis (SBN 268869)
mcurtis@reedsmith.com
Rafael N. Tumanyan (SBN 295402)
rtumanyan@reedsmith.com
Tanner J. Hendershot (SBN 346841)
thendershot@reedsmith.com
REED SMITH LLP
515 South Flower Street. Suite 4300
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
RYDER INTEGRATED LOGISTICS, INC.
and RYDER SYSTEM, INC.

CASE NO. 2:23-CV-00477-TLN-JDP
NANCE v. RYDER INTEGRATED
LOGISTICS, INC. ET AL.

2

JOINT STIPULATION TO
CONTINUE COMPLIANCE BY
FORTY-FIVE DAYS; ORDER

Plaintiff Tiffency Nance ("Plaintiff") and Defendants Ryder Integrated Logistics, Inc. and Ryder System, Inc. (collectively, "Ryder") (together, the "Parties"), by and through their undersigned counsel, hereby enter into the below stipulation with reference to the following facts:

WHEREAS, on February 13, 2025, the Parties filed a Joint Notice of Settlement with the Court, informing the Court that the Parties reached a settlement in principle to resolve and dismiss Plaintiff's individual claims against Defendants with prejudice and to dismiss Plaintiff's class claims against Defendants without prejudice;

WHEREAS, on February 14, 2025, this Court entered its Minute Order vacating all pending deadlines and hearings and issued a April 15, 2025 compliance deadline for the Parties to file all necessary dispositional documents in this case [Dkt. No. 54];

WHEREAS, the Parties are in the process of finalizing the settlement papers and the dispositional documents to dismiss this case and a related matter, *Tiffeny Nance v. Ryder Integrated Logistics, Inc., et al.*, Case No. 2:23-cv-02357-TLN-JDP, which is also pending before this Court, but require additional time in order to finalize, execute, and/or file the necessary settlement papers and dispositional documents;

WHEREAS, the Parties believe that they can finalize, execute, and/or otherwise file the aforementioned documents within forty-five days from the Court's currently scheduled April 15, 2025 compliance deadline;

IT IS HEREBY JOINTLY STIPULATED AND AGREED, by and between the Parties through their respective counsel of record that:

1. The Parties agree that this Court should enter an Order continuing its April 15, 2025 compliance deadline [Dkt. No. 54] for the Parties to file all necessary dispositional documents to effectuate dismissal of this case by forty-five days to Friday, May 30, 2025, or a date thereafter that is convenient for the Court.

CASE NO. 2:23-CV-00477-TLN-JDP
NANCE v. RYDER INTEGRATED
LOGISTICS, INC. ET AL.

3

JOINT STIPULATION TO
CONTINUE COMPLIANCE BY
FORTY-FIVE DAYS; ORDER

**IT IS SO STIPULATED.**

Dated: April 14, 2025  SCHNEIDER WALLACE COTTRELL KONECKY LLP

By: /s/ Phillippe Marie Gaudard (as authorized on 4/14/25)
Carolyn H. Cottrell
Ori Edelstein
Phillippe Marie Gaudard
Attorneys for Plaintiff
TIFFENY NANCE

Dated: April 14, 2025  REED SMITH LLP

By: /s/ Tanner J. Hendershot
Mara D. Curtis
Rafael N. Tumanyan
Tanner J. Hendershot
Attorneys for Defendants
RYDER INTEGRATED LOGISTICS, INC.
and RYDER SYSTEM, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

Pursuant to the above Stipulation, and good cause appearing, **IT IS SO ORDERED** as follows:

1. The April 15, 2025 compliance deadline to file dispositional documents in this case, as set forth in this Court's February 14, 2025 Minute Order [Dkt. No. 54], is continued to May 30, 2025.

Dated: April 14, 2025

_____
Troy L. Nunley
Chief United States District Judge

CASE NO. 2:23-CV-00477-JDP
NANCE v. RYDER INTEGRATED
LOGISTICS, INC. ET AL.

5

JOINT STIPULATION TO
CONTINUE COMPLIANCE BY
FORTY-FIVE DAYS; ORDER