Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Philippe M.J. Gaudard (SBN 331744)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
pgaudard@schneiderwallace.com

*Attorneys for Plaintiff*
TIFFENY NANCE

[*Additional Counsel Listed on Following Page*]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFENY NANCE, on behalf herself and the Class members, <br><br> Plaintiff, <br><br> vs. <br><br> RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and RYDER SYSTEM, INC., a Florida Corporation, <br><br> Defendants. | 2:23-cv-00477-TLN-JDP <br><br> Hon. Troy L. Nunley <br><br> **STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)** <br><br><br> Complaint Filed:   March 13, 2023 |

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

1

STIPULATION AND ORDER
FOR DISMISSAL FRCP 41(a)(2)

Mara D. Curtis (SBN 268869)
mcurtis@reedsmith.com
Rafael N. Tumanyan (SBN 295402)
mcurtis@reedsmith.com
Tanner J. Hendershot (SBN 346841)
thendershot@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
RYDER INTEGRATED LOGISTICS, INC.
and RYDER SYSTEM, INC.

Plaintiff Tiffeny Nance ("Plaintiff") and Defendants Ryder Integrated Logistics, Inc. and Ryder System, Inc. (collectively "Defendants") (together the "Parties"), by and through their undersigned counsel, agree to dismiss Plaintiff's individual claims and dismiss this action in its entirety. Pursuant to Fed. R. Civ. P. 41(a)(2), the Parties hereby stipulate and agree as follows:

1. Plaintiff Tiffeny Nance filed her Class Action Complaint in the above-captioned Court on March 13, 2023, on behalf of herself and the Class members;

2. The Parties have executed a Settlement Agreement in this matter;

3. At this time, Plaintiff has not yet moved for class certification in this action, and the class has not been provided with any notice of this action;

4. The Settlement Agreement provides that an Order of Dismissal from the Court is required;

5. Plaintiff's individual claims are dismissed with prejudice; and

6. The class claims in this action are dismissed without prejudice.

Dated: May 30, 2025            **SCHNEIDER WALLACE**
                               **COTTRELL KONECKY LLP**

                               */s/ Philippe M.J. Gaudard*
                               Carolyn H. Cottrell
                               Ori Edelstein
                               Philippe M.J. Gaudard
                               *Attorneys for Plaintiff*
                               TIFFENY NANCE

Dated: May 30, 2025            **REED SMITH LLP**

                               */s/ Tanner J. Hendershot*
                               Mara D. Curtis
                               Rafael N. Tumanyan
                               Tanner J. Hendershot
                               *Attorneys for Defendants*
                               RYDER INTEGRATED LOGISTICS, INC.
                               and RYDER SYSTEM, INC.

**IT IS SO ORDERED.**

Dated: May 30, 2025

_____
Troy L. Nunley
Chief United States District Judge

CASE NO.: 2:23-cv-00477-TLN-JDP
NANCE V. RYDER INTEGRATED LOGISTICS, INC.

4

STIPULATION AND ORDER
FOR DISMISSAL FRCP 41(a)(2)